# LOCAL BANKRUPTCY FORM 9014-3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:　　　　　　　　　　　　　　　:　　Chapter 13
　　　　　**Adeline M Paziora**
　　　　　　　　　　　　　　　　　　:　　Bankruptcy No. 19-13085-AMC
　　　　　Debtor

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

　　Secured Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing LLC as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB has filed n Motion with the court for Relief from the Automatic Stay concerning real property located at 2626 S. 10th Street, Philadelphia, PA 19148.

　　**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 11/08/2019 you or your attorney must do all of the following:

　　　　(a) file an answer explaining your position at

　　　　　　United States Bankruptcy Court
　　　　　　Robert N.C. Nix Sr. Federal Court House
　　　　　　900 Market Street, Suite 204
　　　　　　Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b) mail a copy to the movant's attorney:
　　　　　　Fei Lam, Esq.
　　　　　Stern, Lavinthal & Frankenberg LLC
　　　　　105 Eisenhower Parkway, Suite 302
　　　　　Roseland, NJ 07068
　　　　　Phone (973)797-1100

Fax (973) 228-2679

(c) mail a copy to the US Trustee,
William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Phone (215) 627-1377

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on 12/12/2019, at 11:00 am, in Courtroom Number 4, United States Bankruptcy Court, Philadelphia Division, Robert N.C. Nix Sr. Federal Court House, 900 Market Street, Suite 204, Philadelphia, PA 19107.

If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 25, 2019

/s/Fei Lam, Esq.

Stern, Lavinthal & Frankenberg LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone (973)797-1100
Fax (973) 228-2679
Attorney for Movant