**LOCAL BANKRUPTCY FORM 9014-3**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Chapter 13

**Adeline M Paziora, Debtor** :                  Bankruptcy No. 19-13085-AMC

                                                                      :

\* \* \* \* \* \* \*

AMENDED NOTICE OF MOTION, RESPONSE
DEADLINE AND HEARING DATE TO
CHANGE THE MOTION DATE

<u>Secured Creditor</u> NewRez LLC d/b/a Shellpoint Mortgage Servicing LLC as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB has filed n Motion with the court for for Relief from the Automatic Stay concerning real property located at 2626 S. 10th Street, Philadelphia, PA 19148.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 12/24/2019 you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at

<u>United States Bankruptcy Court</u>
<u>Robert N.C. Nix Sr. Federal Court House</u>
<u>900 Market Street, Suite 204</u>
<u>Philadelphia, PA 19107</u>

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:
   Fei Lm, Esq.
   Stern, Lavinthal & Frankenberg
   LLC 105 Eisenhower Parkway,
   Suite 302
   Roseland, NJ 07068

Phone (973)797-1100
Fax (973) 228-2679

    (c) mail a copy to the US Trustee,
        William C. Miller, Esq.
        Chapter 13 Trustee
        P.O. Box 1229
        Philadelphia, PA 19105
        Phone (215) 627-1377

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on 01/14/2020, at 10:00 am, in Courtroom Number 4, United States Bankruptcy Court, Philadephia Division, Robert N.C. Nix Sr. Federal Court House, 900 Market Street, Suite 204, Philadelphia, PA 19107.

If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 11, 2019

                                                  /s/Fei Lam, Esq.

                                                  Stern, Lavinthal & Frankenberg
                                                  LLC 105 Eisenhower Parkway,
                                                  Suite 302
                                                  Roseland, NJ 07068
                                                  Phone (973)797-1100
                                                  Fax (973) 228-2679
                                                  Attorney for Movan

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Adeline M Paziora

    Debtor

CHAPTER 13

NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders Cwalt, Inc., Alternative Loan Trust 2006-16CB Mortgage Pass-Through Certificates, Series 2006-16CB

No. 19-13085-amc

    Movant

vs.

11 U.S.C. Sections 362 and 1301

Adeline M Paziora

    Debtor

William C. Miller, Esq.

    Trustee

## CERTIFICATE OF SERVICE

I, Fei Lam, attorney for Movant, do hereby certify that true and correct copies of the foregoing Amended Notice of Motion of NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders Cwalt, Inc., Alternative Loan Trust 2006-16CB Mortgage Pass-Through Certificates, Series 2006-16CB and, RESPONSE DEADLINE AND HEARING DATE have been served on December 11, 2019, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Adeline M Paziora
720 Alburger Avenue
Philadelphia, PA 19115

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Attorney for Debtor
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Dated: December 11, 2019

/s/Fei Lam, Esq.
Stern, Lavinthal & Frankenberg LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone (973)797-1100
Fax (973) 228-2679
Attorney for Movant